IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANWAR SHARIF ALI | : | CIVIL ACTION |
| v. | : | |
| DANIEL J. ANDERS, et al. | : | NO. 14-3014 |

O R D E R

AND NOW, this 9 day of June 2014, plaintiff having failed to file a certified copy of his prisoner account statement for the entire six-month period prior to the filing of this civil action on May 27, 2014, pursuant to 28 U.S.C. § 1915(a),[1] it is hereby ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is DENIED without prejudice; and

2. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

---

[1] Plaintiff must file a certified prisoner account statement, showing all deposits, withdrawals and a current balance, from any correctional facility in which he was confined during the six-month period from November 27, 2013 to May 27, 2014.